U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

NOV 25 2008


LAWRENCE K. BAERMAN, Clerk
UTICA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------

SANDRA L. QUINN,

    Plaintiff,

  v.

MICHAEL J. ASTRUE,
COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.

------------------------------------------------

Civil Action No.
08-0237

**CONSENT ORDER FOR PAYMENT
OF FEES PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT**

   This matter having been opened to the Court by Jonathan P. Foster for an Order awarding attorney fees pursuant to the Equal Access to Justice Act, (28 U.S.C. § 2412), and it appearing that ANDREW T. BAXTER, Acting United States Attorney, and Sixtina Fernandez, Special Assistant United States Attorney, attorneys for defendant, having consented to the entry of an Order awarding an amount of four thousand seven hundred fifty-one dollars and forty-five cents ($4,751.45) directly to Jonathan P. Foster, plaintiff's attorney, per a duly executed assignment of fees, the Court having reviewed the record in this matter;

IT IS on this  day of November, 2008;

ORDERED that plaintiff be allowed a fee award under the Equal Access to Justice Act in the amount of four thousand seven hundred fifty-one dollars and forty-five cents  ($4,751.45) directly to

Jonathan P. Foster, plaintiff's attorney per a duly executed assignment of fees.

11-25-08
Utica, N.Y.

_____
Hon. David N. Hurd
U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

ANDREW T. BAXTER
United States Attorney

By: _____
Sixtina Fernandez
Special Assistant U.S. Attorney
Bar No. 513910

By: _____
Jonathan P. Foster
Attorney for Plaintiff